ELIZA PILL, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

Reported below, 6 Misc. Rep. 267.
(Argued January 23, 1896; decided February 18, 1896.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made December 26, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*William S. Maddox* for appellant.

*Charles J. Patterson* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

PATRICK SKELLY, Respondent, *v.* THE NEW YORK ELEVATED RAILROAD COMPANY et al., Appellants.

Reported below, 7 Misc. Rep. 88.
(Argued January 23, 1896; decided February 18, 1896.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York,

entered upon an order made January 4, 1894, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term.

*Reuben Leslie Maynard* for appellants.

*Edward W. S. Johnston* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.